CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 2 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| TRAVIS WILLIAM BALL, | ) |
| Plaintiff, | ) Case No. 7:10CV00303 |
| v. | ) |
| | ) **FINAL ORDER** |
| CITY OF BRISTOL, VA, JAIL, | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 12th day of July, 2010.

_____
Chief United States District Judge